IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sonrai Systems, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.: 1:16-cv-3371 |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Anthony M. Romano, Geotab, Inc., Heil Co. d/b/a Environmental Solutions Group and Alliance Wireless Technologies, Inc. | ) ) ) | Honorable Thomas M. Durkin |
| | ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY
FROM ROMANO AND FOR SANCTIONS**

Plaintiff now moves, for the reasons stated in its accompanying memorandum, to compel discovery from Romano and for sanctions due to Romano's wholescale transfer and destruction of electronic files.

Respectfully submitted,

*/s/ Paul K. Vickrey*
Paul K. Vickrey (vickrey@vvnlaw.com)
Dean D. Niro (dniro@vvnlaw.com)
Arthur A. Gasey (gasey@vvnlaw.com)
Dylan M. Brown (dbrown@vvnlaw.com)
**VITALE, VICKREY, NIRO & GASEY LLP**
311 S. Wacker Dr., Suite 2470
Chicago, Illinois 60606
Tel.:  (312) 236-0733
Fax:  (312) 236-3137


*Attorneys for Sonrai Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2017 the foregoing:

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM ROMANO AND FOR SANCTIONS**

was filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed:

| | |
|---|---|
| Mark E. Christensen<br>Nathan A. Hall<br>Matthew E. Szwajkowski<br>Christensen & Ehret, LLP<br>135 S. LaSalle Street, Ste. 4200<br>Chicago, IL 60603<br>mchristensen@christensenlaw.com<br>nhall@christensenlaw.com<br>mszwajkowski@christensenlaw.com<br><br>***Counsel for Defendant Anthony M. Romano*** | Michael A. Albert<br>Justin Colannino<br>Wolf Greenfield & Sacks P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>617-646-8000<br>malbert@wolfgreenfield.com<br>jcolannino@wolfgreenfield.com<br><br>William P. Oberhardt<br>Kathleen A. Lyons<br>Olson & Cepuritis, Ltd.<br>20 N. Wacker Drive<br>36th Floor<br>Chicago, IL 60606<br>312-580-1180<br>WOberhardt@olsonip.com<br>klyons@olsonip.com<br><br>***Counsel for Defendant Geotab, Inc.*** |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                                  */s/ Paul K. Vickrey*
                                                  ***Attorneys for Sonrai Systems, LLC***