IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONRAI SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHONY M. ROMANO, GEOTAB, INC., THE HEIL CO. d/b/a ENVIRONMENTAL SOLUTIONS GROUP AND ALLIANCE WIRELESS TECHNOLOGIES, INC.,<br><br>        Defendants. | Civil Action No.: 1:16-cv-03371<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Thomas M. Durkin<br>United States District Judge |

**UNOPPOSED MOTION TO WITHDRAW AND TERMINATE
JUSTIN C. COLANNINO AS AN ATTORNEY OF RECORD**

Defendant, Geotab, Inc. ("Geotab"), by and through its attorney, Michael A. Albert of Wolf, Greenfield & Sacks, P.C., pursuant to L.R. 83.17, and for their Motion to Withdraw and Terminate Justin C. Colannino as an Attorney of Record in this case, state as follows:

1. Local Rule 83.17 provides for the substitution of attorneys when counsels are from the same firm.

2. As of November 21, 2017, Justin C. Colannino will no longer be working at Wolf, Greenfield & Sacks, P.C. and will no longer be participating in this case.

3. Michael A. Albert, who has an appearance on file, will continue to represent the same Defendant previously represented by Mr. Colannino.

4. Counsel for Plaintiff Sonrai Systems, LLC does not oppose this motion.

5. The undersigned respectfully requests that Justin C. Colannino be removed from all service lists, including the CM/ECF system. Michael A. Albert will remain as lead counsel in this case.

WHEREFORE, Defendant Geotab respectfully requests that this Court enter an Order withdrawing the appearance of Justin C. Colannino and terminating him as an attorney of record in this matter.

Dated: November 20, 2017
/s/ *Justin C. Colannino*
Michael A. Albert
Justin C. Colannino (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
malbert@wolfgreenfield.com
jcolannino@wolfgreenfield.com

William P. Oberhardt
Kathleen A. Lyons
OLSON & CEPURITIS, LTD.
20 N. Wacker Drive, 36th Floor
Chicago, IL 60606
Tel: (312) 580-1180
woberhardt@olsonip.com
klyons@olsonip.com

*Counsel for Defendant Geotab, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2017, I caused a true and accurate copy of the foregoing document to be filed electronically with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ William P. Oberhardt*
        William P. Oberhardt (Atty. No. 3122407)
        Kathleen A. Lyons
        OLSON & CEPURITIS, LTD.
        20 N. Wacker Drive, 36th Floor
        Chicago, IL 60606
        Tel: (312) 580-1180
        woberhardt@olsonip.com
        klyons@olsonip.com
        *Local Counsel for Defendant Geotab, Inc.*