IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONRAI SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY M. ROMANO, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:16-CV-3371 <br><br> U.S. District Judge Thomas M. Durkin <br><br> U.S. Magistrate Judge Michael T. Mason |

## NOTICE OF UNOPPOSED MOTION TO WITHDRAW AND TERMINATE JUSTIN C. COLANNINO AS AN ATTORNEY OF RECORD

PLEASE TAKE NOTICE that on Wednesday, November 29, 2017 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Thomas M. Durkin, or any judge sitting in his stead, in Courtroom 1441 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present an Unopposed Motion To Withdraw And Terminate Justin C. Colannino As An Attorney Of Record. A copy of the Motion has been previously served upon you.

Dated: November 20, 2017

Michael A. Albert
Justin C. Colannino (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617-646-8000
malbert@wolfgreenfield.com
jcolannino@wolfgreenfield.com
*Counsel for Defendant Geotab, Inc.*

Respectfully submitted,

*/s/ William P. Oberhardt*
William P. Oberhardt (Atty. No. 3122407)
Kathleen A. Lyons
OLSON & CEPURITIS, LTD.
20 N. Wacker Drive, 36th Floor
Chicago, IL 60606
Tel: (312) 580-1180
woberhardt@olsonip.com
klyons@olsonip.com
*Local Counsel for Defendant Geotab, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2017, I caused a true and accurate copy of the foregoing document to be filed electronically with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ William P. Oberhardt*
        William P. Oberhardt (Atty. No. 3122407)
        Kathleen A. Lyons
        OLSON & CEPURITIS, LTD.
        20 N. Wacker Drive, 36th Floor
        Chicago, IL 60606
        Tel: (312) 580-1180
        woberhardt@olsonip.com
        klyons@olsonip.com
        *Local Counsel for Defendant Geotab, Inc.*