IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONRAI SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY M. ROMANO, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 1:16-CV-3371<br><br>U.S. District Judge Thomas M. Durkin<br><br>U.S. Magistrate Judge Michael T. Mason |

### NOTICE OF UNOPPOSED MOTION TO WITHDRAW AND TERMINATE PATRICK O. QUINN AS AN ATTORNEY OF RECORD

PLEASE TAKE NOTICE that on, July 19, 2018 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Thomas M. Durkin, or any judge sitting in his stead, in Courtroom 1441 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present an Unopposed Motion To Withdraw And Terminate Patrick O. Quinn As An Attorney Of Record. A copy of the Motion has been previously served upon you.

Dated: July 16, 2018

Respectfully submitted,

*/s/ Patrick O. Quinn*
Quinn Law Group, LLC
350 S. Northwest Hwy, Ste 300
Park Ridge IL 60068
pat@pquinnlaw.com
(Attorney No. 6287147)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2018, I caused a true and accurate copy of the foregoing document to be filed electronically with the Clerk of the Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ *Patrick O. Quinn*
                                              Patrick O. Quinn
                                              Quinn Law Group, LLC
                                              350 S. Northwest Hwy
                                              Suite 300
                                              Park Ridge IL 60068
                                              pat@pquinnlaw.com
                                              (Attorney No. 6287147)