# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sonrai Systems, LLC, et al.

                              Plaintiff,

v.                                              Case No.: 1:16–cv–03371
                                                Honorable Thomas M. Durkin

Anthony M. Romano, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

        MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as
attorney [194] is granted; Attorney Patrick O'Neil Quinn terminated. No appearance is
required on 7/19/2018.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.