**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SONRAI SYSTEMS, LLC, | |
| Plaintiff, | Case No. 1:16-cv-03371 |
| vs. | |
| ANTHONY M. ROMANO, GEOTAB, INC., and HEIL CO. D/B/A ENVIRONMENTAL SOLUTIONS GROUP, | Hon. Thomas M. Durkin |
| | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiff, Sonrai Systems, LLC ("Plaintiff" or "Sonrai"), by and through its counsel, requests leave under Local Rule 26.2 to file its summary judgment brief, statement of facts, and exhibits under seal. In support of its Motion, Sonrai states as follows:

1. As part of its motion for summary judgment, Sonrai will be filing a number of exhibits that parties have marked Confidential or Highly Confidential or contain confidential information pursuant to the Protective Order. Sonrai's brief in support of its motion and its statement of material facts cite to, and at times quote, those exhibits.

2. During the summary judgment conference held on June 22, 2023, the parties discussed the need to file under seal certain summary judgment papers containing similar information that a party had designated as Confidential, Highly Confidential, or contained confidential information pursuant to the Protective Order.

3. This approach was adopted by co-defendants Heil Co. ("Heil") and Geotab Inc. ("Geotab") without objection, and Sonrai understood that the Court approved of this approach.

4. Sonrai conferred with counsel for Defendants Anthony Romano, Heil, and Geotab about the filing of this motion. Counsel for Romano, Geotab, and Heil indicated that they do not

23457304 v1

object to Sonrai's motion for leave to file its summary judgment brief, statement of facts, and exhibits under seal.

WHEREFORE, Sonrai respectfully requests leave to file its summary judgment brief, statement of facts, and exhibits under seal.

Dated: November 20, 2023

                                                              */s/ J. Scott Humphrey*
                                               J. Scott Humphrey
                                               Katie Burnett
                                               Samantha Roth
                                               **BENESCH, FRIEDLANDER, COPLAN**
                                               **& ARONOFF LLP**
                                               71 S. Wacker Dr., Suite 1600
                                               Chicago, Illinois 60606-4637
                                               Telephone: 312-212-4949
                                               Facsimile: 312-767-9192

                                               **Attorneys for Sonrai Systems, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 20, 2023, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

                                                          */s/ J. Scott Humphrey*
                                                  One of the Attorneys for Plaintiff

23457304 v1