WINSTON & STRAWN LLP

NORTH AMERICA SOUTH AMERICA EUROPE ASIA

35 West Wacker Drive
Chicago, IL 60601-9703
+1 312-558-5600
+1 312-558-5700

**WILLIAM O'NEIL**
Chicago Managing Partner
+1 312-558-5308
WOneil@winston.com

June 3, 2025

Judge Thomas M. Durkin
219 S Dearborn St
Courtroom 1441
Chicago, IL 60604

**Re:** ***Sonrai Systems, LLC v. Romano et al,*** **Case No. 1:16-cv-03371 – Prior Court Order on Incremental Operations Costs**

Dear: Judge Durkin

In light of comments made on the record today by Plaintiff's counsel regarding the inclusion of incremental operations costs in Ms. Stuckwisch's prior damages analysis, we wanted to draw your attention to the September 30, 2022 Memorandum Opinion and Order of Judge Cummings that addressed the admissibility of Ms. Stuckwisch's opinions regarding incremental operations costs in her October 27, 2021 report. *Dkt. 550*, attached hereto as **Exhibit A**. Specifically, Judge Cummings struck the portion of her 2021 Report addressing incremental operations costs because, in part, "Sonrai has failed to link it to any new evidence permitted by the Court's rulings." *Dkt. 550* at 22. We wanted to alert the Court of Judge Cummings' prior ruling to the extent it is relevant in deciding Defendants' outstanding Rule 702 motion to exclude Ms. Stuckwisch.

Should Your Honor require any additional information or clarification regarding this issue, we are prepared to provide further details at the Court's convenience.

Respectfully submitted,

*/s/ William C. O'Neil*

William C. O'Neil
*One of Defendant Heil Co.'s Attorneys*

*/s/ Nathan A. Hall*

Nathan A. Hall
*One of Defendant Anthony Romano's Attorneys*