# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Sonrai Systems, LLC,

Plaintiff(s),

v.

Anthony M. Romano et al,

Defendant(s).

Case No. 1:16-cv-03371
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Sonrai Systems, LLC
and against defendant(s) Anthony M. Romano and The Heil Co.
in the amount of $28,905,154 in damages; in the amount of $1 (as to Romano) and $30,000,000 (as to Heil) in punitive damages ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Thomas M. Durkin presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 6/27/2025

Thomas G. Bruton, Clerk of Court

E. Wall, Deputy Clerk